IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | |
| Plaintiffs, | CIVIL ACTION |
| vs. | NO. 18 C 1186 |
| EMCO INTERIORS, INC., an Illinois corporation, | JUDGE HARRY D. LEINENWEBER |
| MICHAEL J. GOELZ, an individual, | |
| Defendants. | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, EMCO INTERIORS, INC., an Illinois corporation, and MICHAEL J. GOELZ, an individual, in the total amount of $37,800.31, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,763.75.

On February 26, 2018, the Summons and Complaint was served on Emco Interiors, Inc.'s Registered Agent (by tendering a copy of said documents to Rob Gervino, Accountant) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Emco Interiors, Inc.'s answer was due on March 19, 2018. As Defendant Emco Interiors, Inc. has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

On March 1, 2018, the Summons and Complaint was served on Defendant Michael J. Goelz (by tendering a copy of said documents to his spouse, Ellen Goelz) at his residence (a copy of the

Summons and Affidavit of Service is attached hereto). Therefore, Defendant Michael J. Goelz's answer was due on March 22, 2018. As Defendant Michael J. Goelz has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Emco Interiors\#27727\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 19th day of September 2018:

        Mr. Michael J. Goelz, Registered Agent
        Emco Interiors, Inc.
        880 N. Addison Avenue, Suite 1N, #B
        Elmhurst, IL 60126-1282

        Mr. Michael J. Goelz
        367 N. Kenilworth Avenue
        Elmhurst, IL 60126-2435

                /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Emco Interiors\#27727\motion-judgment.cms.df.wpd